**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22639-JSB |
| | § | |
| SIDNEY H BROOKS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 01/07/2014, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/16/2013          By: /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 12-22639-JSB |
|---|---|---|
| | § | |
| SIDNEY H BROOKS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $3,056.00
*and approved disbursements of* $1,755.36
*leaving a balance on hand of[1]:* $1,300.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,300.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $325.64 | $0.00 | $325.64 |
| David P. Leibowitz, Trustee Expenses | $4.18 | $0.00 | $4.18 |

Total to be paid for chapter 7 administrative expenses: $329.82
Remaining balance: $970.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $970.82

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $970.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,523.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $13,067.88 | $0.00 | $415.64 |
| 2 | Discover Bank | $3,356.79 | $0.00 | $106.76 |
| 3 | American InfoSource LP as agent for CITIBANK (South Dakota) | $5,514.57 | $0.00 | $175.39 |
| 4 | American InfoSource LP as agent for Midland Funding LLC | $7,276.99 | $0.00 | $231.45 |
| 5 | Dell Financial Services, LLC | $1,307.40 | $0.00 | $41.58 |

|  | Total to be paid to timely general unsecured claims: | $970.82 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                     Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-22639-JSB
Sidney H Brooks                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2           Date Rcvd: Dec 19, 2013
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2013.
```
db         +Sidney H Brooks,    2701 East 76th Street,    Chicago, IL 60649-4313
18993449   +BMO Harris Bank N.A.,   200 West Monroe Street- Floor 19,    Chicago, IL 60606-5133
18993452   #+Bank of America,   PO Box 15026,    Wilmington, DE 19850-5026
18993453   +Chase Card Service,    PO Box 15298,   Wilmington, DE 19850-5298
18993461   +Convergent Outsourcing,    800 SW 39th Street,    The Affliated Group,
             3055 41st Street NW Suite 100,    Rochester, MN 55901-9013
19929433   ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
             PO Box 10390,    Greenville, SC 29603-0390)
18993460   +Harris Bank,   PO Box 94034,    Palatine, IL 60094-4034
18993450    Household Bank,    Attn: Dispute Resolution,    12447 SW 69th Avenue,    Tigard, OR 97223-8517
18993463   #+Lena Beard,   2701 East 76th Street,    Chicago, IL 60649-4313
18993462   +Richard J Daley Center,    50 West Washington Street- Room 101,    Chicago, IL 60602-1305
18993456    SEAR/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
18993457    Target National Bank,    C/O Target Credit Services,   PO Box 673,    Minneapolis, MN 55440-0673
18993451    WEBBANK/DFS,   1 Dell WAy Bldg B,    Round Rock, TX 78652-7000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18993459   +E-mail/Text: june@ar-s.net Dec 20 2013 01:20:43      Account Receivables Solutions,
             301 N Clinton Ave,    Saint Johns, MI 48879-2513
19692449    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2013 01:27:12
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK   73126-8941
19669374    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2013 01:40:14       Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18993454   +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2013 01:40:14
             Discovery Financial Services LL,    PO Box 15316,    Wilington, DE 19850-5316
18993455    E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2013 01:26:52       GECRB/Walmart,   PO Box 981471,
             El Paso, TX 79998-1471
18993458    E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2013 01:21:11       Midland Credit Management Inc,
             8875 Aero Dr,    San Diego, CA 92123-2255
                                                                                                TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18993464    Lake Genevia Time Share Property
18993465   ##+Stella A Brooks,   942 Lincoln Avenue,    Holland, MI 49423-5310
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: dgomez              Page 2 of 2                   Date Rcvd: Dec 19, 2013
                               Form ID: pdf006          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2013 at the address(es) listed below:

          David P Leibowitz, ESQ   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net

          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

          TOTAL: 2